MARIE WALLBERG, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant. — Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,668.25; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAURICE E. DAVIS, Appellant, v. PETER D. COLLINS, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KURT RICHTER and FREDERICK RICHTER, Copartners, Doing Business as RICHTER BROTHERS, Respondents, v. SAMUEL ROSENBERG, Doing Business under the Firm Name and Style of PHENIX PACKING COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING FASTENBERG, Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARY-LAND, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN DOUSMANIS, Respondent, v. THE COLONIAL BANK, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [134 Misc. 472.]

J. CLARKE DEAN and Others, Appellants, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and the motion to that extent denied. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EVA LEONI, Appellant, v. DEFOREST LATIN AMERICAN CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

DORA JAFFE v. MOE JAFFE.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

HARBERT TRADING CORPORATION v. JANE SCHACHTER and Others, Impleaded with LENA WARSHAVSKY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

VARVARA MOLCHANOFF v. JOSEPH SNYDER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

HUMBERT J. FUGAZY v. MCDOUGAL AMUSEMENT COMPANY and Others.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

PRUDENTIAL PAPER CO., INC., v. OSWEGATCHIE PAPER CO., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.